■ MATTHEW VACCARO, as Administrator of the Estate of RUTH VACCARO, Deceased, et al., Appellants, v FORD MOTOR COMPANY, Respondent, et al., ·Defendant.—Order, Supreme Court, New York County, entered December 13, 1976, granting the motion of defendant Ford Motor Co., Inc., to strike plaintiff's complaint for failure to comply with a notice of discovery and inspection to the extent of directing plaintiff to produce the items sought to be discovered, unanimously affirmed, without costs or disbursements. Appellant's time to comply with the order appealed from is extended to 15 days after the service upon him by respondent of a copy of the order entered hereon, with notice of entry. We find the order appealed from constituted a proper exercise of the court's discretion. Concur—Murphy, P. J., Kupferman, Lupiano and Capozzoli, JJ.

<hr/>

## (April 19, 1977)

■ JUDITH E. HERSKOWITZ, Appellant, v MARVIN J. HERSKOWITZ et al., Respondents.—Order, Supreme Court, Bronx County, entered on August 23, 1976, and judgment of said court entered on September 10, 1976, unanimously affirmed for the reasons stated by Silbowitz, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Lupiano and Capozzoli, JJ.

■ BELART CONSTRUCTION CORP., Appellant, v COURTESY DRUG STORE, INC., et al., Respondents.—Order, Supreme Court, New York County, entered on April 17, 1975, unanimously affirmed on the opinion of Helman, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Markewich and Lynch, JJ.